**Electronically Filed
Supreme Court
SCWC-24-0000024
15-MAY-2026
07:59 AM
Dkt. 14 ODAC**

SCWC-24-0000024

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellee,

vs.

DONNELL R. GILLIARD,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-24-0000024; CASE NO. 1DCW-23-0002286)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Devens, C.J., McKenna, Eddins, and Ginoza, JJ.,
and Circuit Judge Hamman, assigned by reason of vacancy)

Petitioner Donnell R. Gilliard's Application for Writ

of Certiorari, filed on April 11, 2026, is hereby rejected.

DATED: Honolulu, Hawaiʻi, May 15, 2026.

/s/ Vladimir P. Devens

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Kirstin M. Hamman

